**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

2018 DEC 18 P 2:33

RECEIVED

**Case No.1-18-40801 (cec)**

**Chapter 11**

**Adv. Proc. No.1-18-01132 (cec)**

**Roy Lipman**

**Plaintiff**

**against**

**Big Six Towers, Douglas Elliman Property Management, David Becker, Kevin Doyle, Howard Geary, John McMorrow, Loraine McAndrews, Barbara Cadot c/o Gutman, Mintz, Baker and Sonnenfeld**

**Defendants**

---

## CERTIFICATE OF SERVICE

**The undersigned certifies that I am over the age of 18 and not a party to this action. On December 13, 2018 a copy of the Adversary Summons and Complaint were served by depositing same, enclosed in a properly addressed postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:**

**Big Six Towers, Inc. 59-55 47th Ave Woodside, NY 11377**

**Douglas Elliman Property Management 675 Third Ave New York, NY 10017**

**David Becker c/o Big Six Towers 59-55 47th Ave Woodside, NY 11377**

**Kevin Doyle 59-55 47th Ave 11C, Woodside, NY 11377**

**Howard Geary 59-10 Queens Blvd, 8C, Woodside, NY 11377**

**John McMorrow 46-10 61st St 10C, Woodside, NY 11377**

**Edwin Bennett 59-55 47th Ave, 7H, Woodside, NY 11377**

**Loraine McAndrews 59-40 Queens Blvd, 18F, Woodside, NY 11377**

**Attorney for the Creditor:Barbara Cadot c/o Gutman, Mintz, Baker & Sonnenfeld 813 Jericho Turnpike New Hyde Park NY 11040**

**Dated: December 16; 2018**

**Sworn to before me this** 17th **day of December 2018**

Anne Abbott

---------------

**Anne Abbott**

ANTHONY S TERRANERA
Notary Public - State of New York
NO. 01TE6324959
Qualified in Bronx County
My Commission Expires May 18, 2019

UNITED STATES POSTAL SERVICE®

Certificate Of Maili

This Certificate of Mailing provides evidence that mail has been presented to USPS® for ma
This form may be used for domestic and international ma

From: Roy Lippman
59-40 Queens Blvd
Apt 1-L
Woodside NY 11377

To: Big Six Towers
59-55 47th Ave
Woodside NY 11377

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PA
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
$1.40
R2304M112384-

1000

UNITED STATES POSTAL SERVICE®

Certificate Of Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for ma
This form may be used for domestic and international mail.

From: Roy Lippman
59-40 Queens Blvd
Apt 1-L
Woodside NY 113

To: Douglas Elliman
675 3rd Ave
NY NY 10017

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
$1.40
R2304M11238

1000

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Roy Lippman
59-40 Queens Blvd. 1-L
Woodside NY 11377

One piece of ordinary mail addressed to:
David Becker
C/O Big Six Towers
59-55 47th Ave
Woodside NY 11377

PS Form 3817, Mar. 1989

U.S. POSTAGE PA
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
$1.40
R2304M112384-

1000

UNITED STATES POSTAL SERVICE

Certificate Of Maili[ng]

This Certificate of Mailing provides evidence that mail has been presented to USPS® for ma[iling.]
This form may be used for domestic and international mail.

From: Roy Lippman
59-10 Queens Blvd
Apt 1-L
Woodside NY 11377

To: Kevin Doyle
59-5C 47th Ave
Apt 11-C
Woodside NY 11377

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAI[D]
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
**$1.40**
R2304M112384-

UNITED STATES POSTAL SERVICE
1000

UNITED STATES POSTAL SERVICE

Certificate Of Mail[ing]

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m[ailing.]
This form may be used for domestic and international mail.

From: Roy Lippman
59-10 Queens Blvd
Apt 1L
Woodside NY 1137[7]

To: Howard Geary
59-10 Queens Blvd
Apt 8C
Woodside NY 11377

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAI[D]
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
**$1.40**
R2304M112384-

UNITED STATES POSTAL SERVICE
1000

UNITED STATES POSTAL SERVICE

Certificate Of Ma[iling]

This Certificate of Mailing provides evidence that mail has been presented to USPS® fo[r mailing.]
This form may be used for domestic and international mail.

From: Roy Lippman
59-10 Queens Blvd
Apt 1-L
Woodside NY 11377

To: John McMorrow
46-10 61st St
Woodside NY 11377

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAI[D]
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
**$1.40**
R2304M112384-

UNITED STATES POSTAL SERVICE
1000







UNITED STATES POSTAL SERVICE®

Certificate Of Maili

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail
This form may be used for domestic and international mail.

From:

Roy Lippman
59-10 Queens Blvd
Apt 1-C
Woodside NY 11377

To:

Edwin Bennet
59-55 47th Ave
Apt 7-?
Woodside NY 11377

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAI
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
$1.40
R2304M112384-

UNITED STATES POSTAL SERVICE®
1000

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NO
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Roy Lippman
59-10 Queens Blvd
Apt 1C Woodside NY 1137

One piece of ordinary mail addressed to:

Lorraine McAndrews
59-40 Queens Blvd
Woodside NY 11377

PS Form 3817, Mar. 1989

U.S. POSTAGE PAI
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
$1.40
R2304M112384-

UNITED STATES POSTAL SERVICE®
1000

UNITED STATES POSTAL SERVICE®

Certificate Of Ma

This Certificate of Mailing provides evidence that mail has been presented to USPS® for r
This form may be used for domestic and international mail.

From:

Roy Lippman
59-10 Queens Blvd
Woodside NY 11377

To:

[illegible]

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PA
FCM LETTER
WOODSIDE, NY
11377
DEC 13, 18
AMOUNT
$1.40
R2304M112384

UNITED STATES POSTAL SERVICE®
1000

====================================
WOODSIDE
3925 61ST ST
WOODSIDE
NY
11377-9997
3528940030
12/13/2018 (800)275-8777 9:30 AM
====================================
====================================

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Love Flourishes | 1 | $0.50 |
| (Unit Price:$0.50) | | |
| First-Class Mail Letter | 1 | $0.92 |
| (Domestic) (WOODSIDE, NY 11377) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| First-Class Mail Letter | 1 | $0.92 |
| (Domestic) (WOODSIDE, NY 11377) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| First-Class Mail Letter | 1 | $0.92 |
| (Domestic) (NEW YORK, NY 10017) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| First-Class Mail Letter | 1 | $0.92 |
| (Domestic) (WOODSIDE, NY 11377) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| First-Class Mail Letter | 1 | $0.92 |
| (Domestic) (WOODSIDE, NY 11377) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| First-Class Mail Letter | 1 | $0.92 |

$0.92

| Product Description | Sale Qty | Final Price |
|---|---|---|
| (Domestic) (WOODSIDE, NY 11377) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| First-Class Mail Letter | 1 | $0.92 |
| (Domestic) (WOODSIDE, NY 11377) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| First-Class Mail Letter | 1 | $0.92 |
| (Domestic) (WOODSIDE, NY 11377) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| First-Class Mail Letter | 1 | $0.92 |
| (Domestic) (NEW HYDE PARK, NY 11040) (Weight:0 Lb 2.70 Oz) (Estimated Delivery Date) (Saturday 12/15/2018) | | |
| Cert of Mail | 1 | $1.40 |
| (Affixed Amount:$0.00) | | |
| Total | | $21.38 |
| Credit Card Remitd | | $21.38 |

(Card Name:AMEX)
(Account #:XXXXXXXXXXX2008)
(Approval #:867170)
(Transaction #:543)
(AID:A000000025010801 Chip)
(AL:AMERICAN EXPRESS)
(PIN:Not Required)

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5110-0118-005-00018-93557-01

or scan this code with
your mobile device:

or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #: 840-51100118-5-1893557-1
Clerk: 4

NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

*Attorney for*

*Office and Post Office Address*

To

Attorney(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on
at M.
Dated,

Yours, etc.

*Attorney for*

*Office and Post Office Address*

To

Attorney(s) for

Index No. Year

Signature (Rule 130-1.1-a)

Print name beneath

*Attorney for*

*Office and Post Office Address, Telephone*

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated

Attorney(s) for